**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☑ __1st__ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: __Mark Crew__   JOINT DEBTOR: _____   CASE NO.: __15-27217-JKO__
Last Four Digits of SS# __4014__   Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __60__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

A. $ __153.12__ for months __1__ to __60__ ;
B. $ _____ for months __1__ to __60__ ;
C. $ _____ for months __1__ to __60__ ; in order to pay the following creditors:

Administrative: Attorney's Fee - $ __1,000.00__   TOTAL PAID $ __1,000.00__
Balance Due   $ __0.00__   payable $ __0.00__ /month   (Months __1__ to __36__ )

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| | | | | | |

Priority Creditors: [as defined in 11 U.S.C. §507]

Unsecured Creditors:   Pay $ __137.81__ /month (Months __1__ to __60__ ).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:

Debtor shall provide copies of yearly income tax returns to the Trustee no later than May 15th during the pendency of the Chapter 13 case. In the event the Debtor's income or tax refunds increase, Debtor shall increase payments to unsecured creditors over and above payments provided through the Plan up to 100% of allowed unsecured claims.

The debtor shall make all contractual payments for __1160 Hillsboro Mile #705, Hillsboro Bch, FL__ to __Hillsboro Island house Condo__

The debtor shall make all contractual payments for __2005 Land Rover LR3__ to __American Credit Accept__

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

__/s/   Mark Crew__
Debtor
Date: __11/4/15__

LF-31 (rev. 01/08/10)